IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARILYN PATRICK,

      Plaintiff,

v.                                           CASE NO. 1:11cv98-SPM-GRJ

THE STATE RETIREMENT,

      Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 7) dated September 16, 2011. Plaintiff was furnished a copy, and has filed objections (doc. 8).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. As explained in the report and recommendation, Plaintiff has filed suit in the wrong court. If Plaintiff is challenging the denial of her state disability retirement benefits, she should follow the directions in the Florida Administrative Procedure Act, Fla. Stat. § 120.68. Accordingly it is

      ORDERED AND ADJUDGED:

      1.      The report and recommendation (doc. 7) is adopted and

incorporated by reference in this order.

2. This case is dismissed as frivolous and for failure to state a claim for relief pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). The dismissal is without prejudice to Plaintiff's opportunity to seek judicial review of the denial of her state disability retirement benefits in the appropriate court.

DONE AND ORDERED this 27th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge